UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1174-H |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Josue Pardo-Brambilla, et al. | ) | |
| | ) | Booking No. 08036298 |
| Defendant(s) | ) | |

On order of the United States District/(Magistrate Judge) **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Samuel Mosqueda-Enriquez

DATED: 4-17-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
              Deputy Clerk

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95