1  JEREMY D. WARREN
   California Bar No. 177900
2  105 West F Street, Fourth Floor
   San Diego, California 92101
3  Tel: (619) 234-4433
   Fax: (619) 233-3221
4  Email: jw@jwarrenlaw.com

5
   Attorney for Defendant Pardo
6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         )   Case No. 08cr1174-H
                                     )
10           Plaintiff,               )   **JOINT MOTION TO CONTINUE**
                                     )   **THE SENTENCING HEARING**
11 v.                                )
                                     )
12 JOSUE PARDO-BRAMBILIA,            )
   JORGE MARIO SANTOS-LIZARRAGA,     )
13                                   )
             Defendant.               )
14 _____)

15      THE PARTIES JOINTLY MOVE THE COURT, by and through the parties, Michelle Pettit,

16 counsel for the United States; Jeremy Warren, counsel for defendant Pardo; and Jorge Santos-

17 Lizarraga, for an order vacating the sentencing hearing now scheduled for August 4, 2008, and

18 continuing it to September 22, 2008 at 9:00 a.m. The defendants are in custody and consents to the

19 continuance. Further, the parties agree the Court is considering the plea agreement; thus, time is

20 excludable under the Speedy Trial Act.

21      So moved.

22

23 Dated: July 3, 2008              /s Michelle Pettit
                                    Michelle Pettit
24                                  Assistant United States Attorney

25 Dated: June 30, 2008             /s Jeremy Warren
                                    Jeremy Warren
26                                  Attorney for Defendant Pardo

27 Dated: June 30, 2008             /s Erica Zunkel,
                                    Erica Zunkel, Federal Defenders
28                                  Attorney for Defendant Santos-Lizarraga

PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA 92101.

On July 3, 2008, I personally served the following documents:

**Joint Motion to Continue the Sentencing Hearing**

on the below attorneys by electronic filing:

Assistant United States Attorneys Michelle Pettite

Erica Zunkel, Federal Defenders

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 3, 2008 at San Diego, CA.

/s Jeremy Warren

_____
Jeremy D. Warren