UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-1174-H |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| JOSUE PARDO-BRAMBILIA, JORGE MARIO SANTOS-LIZARRAGA, | |
| Defendants. | |

GOOD CAUSE APPEARING, the Court grants the joint motion of the parties and vacates the currently scheduled sentencing hearing date of August 4, 2008. The Court resets the sentencing hearing date for **September 22, 2008, at 9:00 a.m.** The Court finds excludable time under the Speedy Trial Act. Both defendants are currently in custody.

SO ORDERED.

Dated: July 7, 2008

Honorable Marilyn L. Huff
United States District Judge